*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS, and de GROOT
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Nathaniel H. JONES**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202400441**

———————————

Decided: 16 May 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Ryan Sears

Sentence adjudged 27 June 2024 by a special court-martial tried at Marine Corps Base Quantico, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 150 days and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Colonel Todd F. Eslinger, USMC*

———————————

[1] Appellant was credited with having served 88 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not comply with Rule for Courts-Martial 1111(b)(2) in that it incorrectly reflected the plea and finding for Charge I. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding. Accordingly, we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400441 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Nathaniel H. JONES**<br>**Lance Corporal (E-3)**<br>**U.S. Marine Corps** | |
| *Accused* | *As Modified on Appeal* |
| | **16 May 2025** |

On 27 June 2024, the Accused was tried at Marine Corps Base Quantico, Quantico, Virginia, by a special court-martial, consisting of a military judge sitting alone. Military Judge Ryan Sears, presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 128b, Uniform Code of Military Justice, 10 U.S.C. § 928b.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 1:** **(Domestic Violence – Assault by Strangulation) In that Lance Corporal Nathaniel H. Jones, U.S. Marine Corps, on active duty, did, on board Marine Corps Base Quantico, Virginia, on or about 30 March 2024, commit an assault upon Mrs. M.J., the spouse of the said Lance Corporal Nathaniel H. Jones, by unlawfully strangling her with his arms.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification 2:** (Domestic Violence – Violent Offense) In that Lance Corporal Nathaniel H. Jones, U.S. Marine Corps, on active duty, did, on board Marine Corps Base Quantico, Virginia, on or about 30 March 2024, commit a violent offense against Mrs. M.J., the spouse of said Lance Corporal Nathaniel H. Jones, to wit:

A) unlawfully grab Mrs. M.J.'s left arm with his hand;
B) unlawfully kick Mrs. M.J.'s left arm with his foot;
C) unlawfully kick Mrs. M.J.'s ribs with his foot;
D) unlawfully kick Mrs. M.J.'s left leg with his foot

a violation of Article 128, UCMJ – Assault Consummated by a Battery.

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 3:** (Domestic Violence – Violent Offense) In that Lance Corporal Nathaniel H. Jones, U.S. Marine Corps, on active duty, did, on board Marine Corps Base Quantico, Virginia, between on or about 1 January 2023 and on or about 13 June 2023, commit a violent offense against Mrs. M.J., the spouse of said Lance Corporal Nathaniel H. Jones, to wit: with the intent to inflict bodily harm, commit an assault upon Mrs. M.J. by pointing at her with a dangerous weapon, to wit: a loaded shotgun, and telling Mrs. M.J., "you deserve to die," or words to that effect.

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification 4:** (Domestic Violence – Violation of Protection Order With Intent to Intimidate) In that Lance Corporal Nathaniel H. Jones, U.S. Marine Corps, on active duty, did, at or near Stafford, Virginia, on one or more occasions, between on or about 3 April 2024 and on or about 24 May 2024, with the intent to intimidate the spouse of the said Lance Corporal Nathaniel H. Jones, wrongfully violate a protection order issued by Colonel Darryl G. Ayers, U.S. Marine Corps, dated 3 April 2024, by communicating with Mrs. M.J. via telephone, electronic message, video conference, and through a third party.

*Plea:* Not Guilty.
*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Charge II:** **Violation of Article 90, Uniform Code of Military Justice, 10 U.S.C. § 890.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification:** **(Willfully Disobeying a Superior Commissioned Officer) In that Lance Corporal Nathaniel H. Jones, U.S. Marine Corps, on active duty, having received a lawful command from Colonel Darryl G. Ayers, U.S. Marine Corps, his superior commissioned officer, then known by the said Lance Corporal Nathaniel H. Jones to be his superior officer, to not initiate any contact or communication with Mrs. M.J., or words to that effect, did, at or near Stafford Virginia, on one or more occasions, between on or about 3 April 2024 and on or about 24 May 2024, willfully disobey the same.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Charge III:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification 1:** **(Failure to Obey Lawful General Order) In that Lance Corporal Nathaniel H. Jones, U.S. Marine Corps, on active duty, did, on board Marine Corps Base Quantico, Virginia, on or about 31 March 2024, fail to obey a lawful general order, which was his duty to obey, to wit: paragraph (3) of enclosure (1) of Marine Corps Installations National Capital Region – Marine Corps Base Quantico Order 5501, dated 20 May 2019, by wrongfully failing to register one or more privately-owned firearms.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification 2:** **(Failure to Obey Lawful General Order) In that Lance Corporal Nathaniel H. Jones, U.S. Marine Corps, on active duty, did, on board Marine Corps Base Quantico, Virginia, on or about 30 March 2024, fail to**

**obey a lawful general order, which was his duty to obey, to wit: paragraph (4) of enclosure (1) of Marine Corps Installations National Capital Region – Marine Corps Base Quantico Order 5501, dated 20 May 2019, by wrongfully transporting a loaded firearm in his privately-owned vehicle on Marine Corps Base Quantico.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Charge IV:** **Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.**

*Plea:* Not Guilty.

*Finding:* Not Guilty.

**Specification:** **(False Official Statement) In that Lance Corporal Nathaniel H. Jones, U.S. Marine Corps, on active duty, did on board Marine Corps Base Quantico, Virginia, on or about 31 March 2024, with intent to deceive, make to Naval Criminal Investigative Service Special Agent Trevor Elwood, an official statement, to wit: when asked if Lance Corporal Nathaniel H. Jones had any firearms in his truck right now, the said Lance Corporal Nathaniel H. Jones responded, "no, there's not any in my truck right now," which statement was totally false, and was then known by the said Lance Corporal Jones to be so false.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Charge V:** **Violation of Article 131b, Uniform Code of Military Justice, 10 U.S.C. § 931b.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification 1:** **(Obstructing Justice) In that Lance Corporal Nathaniel H. Jones, U.S. Marine Corps, on active duty, did at or near Stafford, Virginia, on or about 1 April 2024, wrongfully do a certain act, to wit: told Mrs. M.J. to remove a firearm from the center console of his privately-owned vehicle, with intent to obstruct the due administration of justice in the case of the said**

**Lance Corporal Nathaniel H. Jones, against whom the said Lance Corporal Nathaniel H. Jones had reason to believe that there were or would be criminal proceedings pending.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification 2:** **(Obstructing Justice) In that Lance Corporal Nathaniel H. Jones, U.S. Marine Corps, on active duty, did at or near Stafford, Virginia, on or about 5 April 2024, wrongfully do a certain act, to wit: ask Ms. Emily "Grace" Coulson to have Mr. Bryson Carter create bills of sale for firearms with a purchase date of 27 March 2024, with intent to obstruct the due administration of justice in the case of the said Lance Corporal Nathaniel H. Jones, against whom the said Lance Corporal Nathaniel H. Jones had reason to believe that there were or would be criminal proceedings pending.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Charge VI:** **Violation of Article 122a, Uniform Code of Military Justice, 10 U.S.C. § 922a.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification:** **(Receiving Stolen Property) In that Lance Corporal Nathaniel H. Jones, U.S. Marine Corps, on active duty, did at or near Quantico, Virginia, between on or about 19 November 2023 and on or about 31 March 2024, wrongfully receive a smoke grenade, military property, of a value of $1,000 or less, the property of the U.S. Marine Corps, which property, as he, the said Lance Corporal Nathaniel H. Jones, then knew, had been stolen.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Additional Charge:** **Violation of Article 90, Uniform Code of Military Justice, 10 U.S.C. § 890.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification:** **(Willfully Disobeying a Superior Commissioned Officer) In that Lance Corporal Nathaniel H. Jones, U.S. Marine Corps, on active duty, having received a lawful command from Colonel Darryl G. Ayers, U.S. Marie Corps, his superior commissioned officer, then known by the said Lance Corporal Nathaniel H. Jones to be his superior commissioned officer, to not initiate contact or communication with Mrs. M.J., or words to that effect, did, at or near Stafford, Virginia, on or about 25 May 2024, willfully disobey the same.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

## SENTENCE

On 27 June 2024, a military judge sentenced Lance Corporal Jones to the following:

### Confinement

*For Specification 2 of Charge I:*
confinement for 150 days.

### A bad-conduct discharge.

Lance Corporal Jones served 88 days of pretrial confinement and shall be credited with 88 days of confinement credit.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court